UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN RE:                                    CASE NO. 09-50109-PCY5
                                          CHAPTER 13
WILLIAM ALFRED BIDLACK
KATHLEEN LOUISE
SECREST-BIDLACK
_____/

## CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: EDFIN STD LN which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE**, the Chapter 13 Trustee respectfully submits her check number 383334 in the amount of 318.33 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

```
                          /s/Leigh D. Hart or
                          /s/William J. Miller, Jr.
                              OFFICE OF THE CHAPTER 13 TRUSTEE
                              POST OFFICE BOX 646
                              TALLAHASSEE, FL 32302
                              ldhecf@earthlink.net
                              (850) 681-2734 "Telephone"
                              (850) 681-3920 "Facsimile"
```

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first

```
WILLIAM ALFRED BIDLACK        EDFIN STD LN
KATHLEEN LOUISE               123 CENTER PARK DR
SECREST-BIDLACK               KNOXVILLE, TN 37922
1619 SANTA ANITA DRIVE
LYNN HAVEN, FL  32444

AND

MICHAEL R. REITER, ESQUIRE
P.O. BOX 298
LYNN HAVEN, FL 32444
```

on the same date as reflected on the Court's docket as the electronic filing date for this document.

```
                          /s/Leigh D. Hart or
                          /s/William J. Miller, Jr.
12/30/2009 11:45 am / CR_213    OFFICE OF CHAPTER 13 TRUSTEE
```