**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

IN RE:                                    CASE NO. 09-50109-PCY5
                                          CHAPTER 13
WILLIAM ALFRED BIDLACK
KATHLEEN LOUISE
SECREST-BIDLACK
_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT**
**OF UNCLAIMED FUNDS**

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1.  The Trustee has issued check(s) FOR: EDFIN STD LN which remains outstanding and uncleared.

2.  The Trustee has placed a Stop Payment Order with the bank on the check(s).

3.  The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 385154 in the amount of 318.33 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
   OFFICE OF THE CHAPTER 13 TRUSTEE
   POST OFFICE BOX 646
   TALLAHASSEE, FL 32302
   ldhecf@earthlink.net
   (850) 681-2734 "Telephone"
   (850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first

WILLIAM ALFRED BIDLACK      EDFIN STD LN
KATHLEEN LOUISE            123 CENTER PARK DR
SECREST-BIDLACK            KNOXVILLE, TN 37922
1619 SANTA ANITA DRIVE
LYNN HAVEN,  FL  32444

AND

MICHAEL R. REITER, ESQUIRE
P.O. BOX 298
LYNN HAVEN, FL 32444

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
1/29/2010 11:39 am / CR_213     OFFICE OF CHAPTER 13 TRUSTEE